NEW-YORK,<br>Oct 1815.<br><br>PUTNAM<br>v.<br>SHELOP.

Judgment reversed.

---

## PUTNAM AND OTHERS *against* SHELOP.

IN ERROR, on *certiorari* to a justice's court.

The defendant in error brought an action of *assumpsit*, in the
court below, against the plaintiffs in error.    At the trial, the
plaintiff below proved a sale by him to the defendants, of a
parcel of boards, for which they agreed to pay him 34 dol-
lars.

The justice gave judgment for the plaintiff for 25 dollars, and
costs.

Where a plain-<br>tiff, in a justice's<br>court, proves<br>damages beyond<br>twenty five dol-<br>lars, but judg-<br>ment is given<br>only for twenty-<br>five dollars, the<br>judgment is re-<br>gular.

*Per Curiam.*    This being an action sounding in damages, the
plaintiff below had a right to waive his claim for the excess,
over 25 dollars ; and the exception to the jurisdiction is not well
taken.    (*Tuttle* v. *Maston*, 1 *Johns. Cas.* 25.  *Ibid.* 333.)

Judgment affirmed.